# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHERELLE JACKSON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No.: 1:22-cv-3325-LMM |
| | * |
| **DOWNTOWN FIRST PROPERTIES LLC,** | * |
| | * |
| **Defendant.** | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff CHERELLE JACKSON hereby gives notice of the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 26th day of September, 2022.

/s/ Julie McCollister
Julie McCollister
*Attorney for Plaintiff*
Georgia Bar No. 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA  30514
(706) 745-0057
jbmccollister@gmail.com

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister